UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-00331-AH-ADS | Date | January 30, 2026 |
| Title | *Raman Singh et al v. Mark Bowen et al.* | | |

Present: The Honorable    Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER (DKT. NO. 3)**

On January 26, 2026, Petitioner Raman Singh ("Petitioner") filed a petition against Respondents Mark Bowen, Todd Lyons, Kristi Noem, and Pamela Bondi ("Respondents"), seeking a writ of habeas corpus. Dkt. No. 1. On the same day, Petitioner filed a Motion for a Temporary Restraining Order ("Motion"). Dkt. No. 3. The Court ordered briefing on the Motion. Dkt. No. 6. On January 29, 2026, Respondents filed a response indicating that they do not have an opposition argument to present. Dkt. No. 9. On January 30, 2026, the Court held a hearing, converted the Motion to a Motion for Preliminary Injunction without objection from the parties, and issued an oral ruling.

For the reasons discussed at the hearing, the Court **GRANTS** Petitioner's Motion for a Preliminary Injunction. Respondents are:

- Ordered to release Petitioner immediately; and
- Enjoined from re-detaining Petitioner without providing Petitioner with a pre-detention hearing before a neutral immigration judge.

**IT IS SO ORDERED.**