UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  5:26-cv-00331 AH (ADS)                    Date:  March 11, 2026

Title:  *Raman Singh v. Mark Bowen, et al.*

Present:  The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DISMISSAL**

Before the Court is a Petition for Writ of Habeas Corpus filed by Petitioner Raman Singh.  (Dkt. No. 1.)  On February 3, 2026, the Court issued an Order to Show Cause Re: Mootness.  (Dkt. No. 11.)  The Court ordered Petitioner to file a written response by March 5, 2026.  (Id.)  The deadline has passed, and Petitioner has not filed a response or otherwise communicated with the Court.

By no later than March 17, 2026, Petitioner is ordered to show cause in writing why this action should not be dismissed for failure to prosecute the Petition and follow court orders.  Petitioner may respond to this Order by filing the written response required by the Order to Show Cause Re: Mootness.

Failure to timely file a response will result in a recommendation that this action be dismissed.  If Petitioner no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  The Clerk of Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.

**IT IS SO ORDERED.**

Initials of Clerk kh