UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:26-cv-00331 AH (ADS)                    Date:  April 2, 2026

Title:  *Raman Singh v. Mark Bowen, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):           Attorney(s) Present for Respondent(s):
None Present                                                   None Present

**Proceedings:        (IN CHAMBERS) ORDER TO SHOW CAUSE FOR
FAILURE TO FILE RESPONSE**

On February 3, 2026, this Court issued an Order to Show Cause Re: Mootness. (Dkt. No. 11.)  On March 12, 2026, Petitioner filed a response, arguing the Petition is not moot and four claims remain.  (Dkt. No. 13.)  The Court ordered Respondents to provide their position on mootness and substantively respond to the claims Petitioner contends remain by no later than March 27, 2026.  (Dkt. No. 14.)  As of the date of this Order, Respondents have not filed a response.

Respondents are **ORDERED TO SHOW CAUSE** why they have failed to file a response **by no later than April 16, 2026**.  Petitioner may file a reply, if any, to Respondents' response by no later than April 23, 2026.

**IT IS SO ORDERED.**

Initials of Clerk kh