UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMAN SINGH, | Case No. 5:26-cv-00331 AH (ADS) |
| Petitioner, | |
| v. | ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 |
| MARK BOWEN, et al., | |
| Respondents. | |

On January 26, 2026, Petitioner Raman Singh, proceeding through counsel, filed a Verified Petition for Habeas Corpus (the "Petition") concurrently with a Motion for Temporary Restraining Order. (Dkt. Nos. 1, 3.) On January 30, 2026, the Court granted preliminary relief. (Dkt. No. 10.) On April 29, 2026, the parties filed a Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, jointly proposing the Petition be granted and judgment be entered consistent with the reasons and findings set forth in the Court's Orders on preliminary relief, without requiring further proceedings. (Dkt. No. 17.)

In accordance with the parties' Joint Proposed Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241 (Dkt. No. 17) and for the reasons stated in the Court's Order granting preliminary relief (Dkt. No. 10), the Petition is granted.  Judgment is to be entered consistent with this Order.

IT IS SO ORDERED.


Dated:  MAY 1, 2026

_____

THE HONORABLE ANNE HWANG
United States District Judge

Presented by:

_____/s/ Autumn D. Speth_____
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

2