JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMAN SINGH, | Case No. 5:26-cv-00331 AH (ADS) |
| Petitioner, | |
| v. | JUDGMENT |
| MARK BOWEN, et al., | |
| Respondents. | |

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the Petition is granted consistent with the reasons and findings set forth in the Court's Order granting preliminary relief (Dkt. No. 10).

Dated:  MAY 1, 2026



_____
THE HONORABLE ANNE HWANG
United States District Judge